HERBERT ROBINSON, an Infant, by WINFIELD ROBINSON, His Guardian ad Litem, Respondent, *v.* THE PRESIDENT AND TRUSTEES OF THE VILLAGE OF MONTICELLO, Appellant, Impleaded with Another.

*Negligence — master and servant — child struck by truck — when driver hired by contractor in general employ of village for which work was being done.*

*Robinson* v. *Prest., etc., Village of Monticello,* 209 App. Div. 841, affirmed.

(Argued May 13, 1925; decided June 2, 1925.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 20, 1924, unanimously affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendants. The question was whether the driver of a truck which struck plaintiff and caused the injuries complained of was in the employ at the time of the accident of the defendant village for which the owner of the truck and employer of the driver was doing construction work pursuant to a contract.

*John Bright* and *Abram F. Servin* for appellant.
*Leslie E. Hicks* and *Arthur C. Kyle* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

SIMON DONIGER, Appellant, *v.* ST. MARK'S HOLDING CORPORATION et al., Respondents.

*Lease — action to enjoin breach of alleged covenant.*

*Doniger* v. *St. Mark's Holding Corporation,* 211 App. Div. 808, affirmed.

(Submitted May 14, 1925; decided June 2, 1925.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 28, 1924, unanimously